**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 17-03864 BKT |
| REYNALDO LOPEZ MORALES | * | CHAPTER 13 |
| DEBTOR | * | |

**NOTICE OF FILING OF CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, **REYNALDO LOPEZ MORALES,** the Debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The debtor is hereby submitting Debtor's proposed Chapter 13 Plan, dated September 05, 2017, herewith and attached to this motion.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent regular mail to the debtors and to all creditors and parties in interest appearing on the master address list, hereby attached.

## NOTICE

You are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2 –
Notice of Filing Chapter 13 Plan
Case no. 17-03864 BKT13

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 05th day of September, 2017.

/s/Roberto Figueroa Carrasquillo
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR PETITIONER/DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                        Case No. **3:17-bk-3864**

**LOPEZ MORALES, REYNALDO**                          Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **9/05/2017**                        ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION            Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **100.00** x **8** = $ **800.00**
$ **376.00** x **52** = $ **19,552.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **20,352.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **20,352.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,000.00**

Signed: _[signature]_
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular de P** Cr. _____ Cr. _____
# **82200114239650001** # _____ # _____
$ **1,126.78** $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**Banco Popular de P**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
*Tax refunds will be devoted each year, as periodic payments, to the Plan's funding until Plan completion. The Plan shall be deemed modified by such amount, without the need of further Court order. The Debtor shall seek Court's authorization prior any use of funds.

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**          Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
Label Matrix for local noticing        POPULAR AUTO                              US Bankruptcy Court District of P.R.
0104-3                                 PO BOX 366818                             Jose V Toledo Fed Bldg & US Courthouse
Case 17-03864-BKT13                    SAN JUAN, PR 00936-6818                   300 Recinto Sur Street, Room 109
District of Puerto Rico                                                          San Juan, PR 00901-1964
Old San Juan
Sat Sep  2 12:51:28 AST 2017

ACC Absolute Collections               BANCO POPULAR DE PUERTO RICO              Banco Popular de Puerto Rico
PO Box 880306                          BANKRUPTCY DEPARTMENT                     PO Box 362708
San Diego, CA  92168-0306              PO BOX 366818                             San Juan, PR  00936-2708
                                       SAN JUAN PR 00936-6818


Bp-Crline                              DTOP                                      Fedloan
PO Box 2708                            PO Box 41269 Minillas Station             PO Box 60610
San Juan, PR  00936                    San Juan, PR  00940-1269                  Harrisburg, PA  17106-0610



GECRB/JC Penney                        Midland Funding LLC                       POPULAR AUTO
PO Box 965007                          2365 Northside Dr # 300                   BANKRUPTCY DEPARTMENT
Orlando, FL  32896-5007                San Diego, CA  92108-2709                 PO BOX 366818
                                                                                 SAN JUAN PUERTO RICO 00936-6818


PRTC AXESA                             Rodriguez Fernandez Law Offices, P.S.C.   Synchrony Bank/Sams Club
PO Box 191225                          PO Box 71418                              PO Box 965005
San Juan, PR  00919-1225               San Juan, PR  00936-8518                  Orlando, FL  32896-5005



Wellington Presinal                    JOSE RAMON CARRION MORALES                MONSITA LECAROZ ARRIBAS
Collections Officer                    PO BOX 9023884                            OFFICE OF THE US TRUSTEE (UST)
400 Americo Miranda                    SAN JUAN, PR 00902-3884                   OCHOA BUILDING
San Juan, PR 00927-5142                                                          500 TANCA STREET  SUITE 301
                                                                                 SAN JUAN, PR 00901

NOREEN WISCOVITCH RENTAS               REYNALDO LOPEZ MORALES                    ROBERTO FIGUEROA CARRASQUILLO
PMB 136                                HC 04 BOX 4296                            PO BOX 186
400 CALAF STREET                       HUMACAO, PR 00791-8919                    CAGUAS, PR 00726-0186
SAN JUAN, PR 00918-1314



End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20
```