**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: **REYNALDO LOPEZ MORALES** <br> Debtor(s) | CASE NO: **17-03864-BKT** <br> **Chapter 13** |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **08/03/2017**

Days From Petition Date: **106**

910 Days Before Petition: **02/05/2015**

Chapter 13 Plan Date: **09/05/2017** ☐ Amended

This is Debtor(s) 1 Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# 154

Date: 11/15/2017    Amount: $ 100.00

First Meeting Date: **09/06/2017 at 11:00AM**

341 Meeting Date: **11/15/2017 at 1:00PM**

Confirmation Hearing Date:

Plan Base: **$20,352.00**   Plan Docket #**25**

This is the 1 scheduled meeting.

Total Paid In: **$100.00**

---

*APPEREANCES:    ☐ Telephone    ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent    ☐ ID & Soc. OK

☑ Examined    ☐ Not Examined under Oath            ☐ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present  ☑ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☑ Creditor(s) Present        ☐ None

BPPR- RIVERA

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$0.00**    Paid Pre-Petition: **$0.00**    Outstanding (Through the Plan): **$0.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under  ☑ Above Median Income        Liquidation Value: $ 0.00

Commitment Period is      ☐ 36 months    ☑ 60 months §1325(b)(1)(B)      Projected Disp. Inc.: $ TBD

The Trustee:    ☐ NOT OBJECTS    ☑ OBJECTS    Plan Confirmation    Gen. Uns. Approx. Dist.: 100 %

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____

[1325(a)(6)] Payment Default Feasibility – Debtor(s) is in default with proposed plan payments, to the trustee and/or creditor(s).

Debtor is two month in arrears in payments to Trustee.

[1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]

- Fails to disclose income.
- Fails to increase plan payments after concluding secured loan(s) payments.

Debtor has failed to include in Schedule I the amount received yearly from Christmas Bonus.

As per income evidence provided by debtor, debtor received a annual bonus around March/2017 ($1,449.03). This income was not listed and no evidence has been provided. Debtor seems to have more disposable income than what is being devoted to fund the plan. Plan must be amended in order to surrender amounts to fund plan.

Debtor has failed to include a step up in the payment schedule upon the maturity of Debtor's retirement loan (June/2020).

Per evidence of income, the average income is $2,904.10, debtor must amend the Mean Test to correct income.

*OTHER COMMENTS / OBJECTIONS

NONE.

/s/ Jose R. Carrion, Esq.       Meeting Date: Nov 15, 2017
   Trustee

/s/ Mayra Arguelles, Esq., Presiding Officer

Last Docket Verified: 34    Last Claim Verified: 2